# Exhibit B

# to

# Complaint
# for Patent Infringement

# Claim Chart[1] for the '101 Patent

---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the Patent-in-suit by Defendant's Accused Products as defined in the Complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves its right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

**CLAIM CHART**

**U.S. PATENT NO. 8,719,101 B1 – CLAIM 1**

| Claim 1 | Corresponding Structure in Accused Systems – LinkedIn Corporation |
|---|---|
| [1a] A method of online advertising, comprising: | LinkedIn Corporation ("LinkedIn") provides an online advertising solution known as LinkedIn Lead Gen Forms. *See* https://business.linkedin.com/marketing-solutions/native-advertising/lead-gen-ads.<br><br>LinkedIn Lead Gen Forms can allow businesses to advertise on LinkedIn's platform and generate leads.<br><br>LinkedIn Lead Gen Forms<br><br>Collect even more quality leads from your ads on LinkedIn with seamless pre-filled lead forms<br><br>Now available for Message Ads and Sponsored Content<br><br>**Source:** (https://business.linkedin.com/marketing-solutions/native-advertising/lead-gen-ads) |
| [1b] providing an advertisement associated with a first party for display in a network communication delivered to a computing device of a recipient during a browsing session, wherein the advertisement contains an interactive element displayed within the advertisement, and wherein the network communication is associated with a second party different than the first party; | LinkedIn Lead Gen Forms can allow advertisers (the first party) to display their advertisements through the LinkedIn platform (the second party). The ads can contain an interactive element displayed within the advertisements to encourage target users to click. The advertisements can contain lead forms that allow the target users to submit their information. |



| | |
|---|---|
| | **Source:** ([https://business.linkedin.com/marketing-solutions/native-advertising/lead-gen-ads](https://business.linkedin.com/marketing-solutions/native-advertising/lead-gen-ads)) |
| [1c] receiving an indication that the recipient activated the interactive element displayed within the advertisement; | LinkedIn Lead Gen Forms can track when an advertisement is clicked on to open a lead form.<br><br><br><br>**Source:** ([https://business.linkedin.com/marketing-solutions/native-advertising/lead-gen-ads](https://business.linkedin.com/marketing-solutions/native-advertising/lead-gen-ads)) |

| [1d] determining, in response to the receiving the indication, whether an identifier containing unique identifying information about the recipient is present on the computing device; | LinkedIn Lead Gen Forms can use cookies to identify users and verify their accounts. The cookies can remember information about the browser and user preferences. When a lead gen ad is clicked, it will display a form that can be pre-filled with user information, implying that LinkedIn can check whether a cookie that identifies a user is present on the computing device. |
|---|---|
| | We use cookies and similar technologies to recognize you when you visit our Services. |
| | Authentication    If you're signed into LinkedIn, these technologies help us show you the right information and personalize your experience in line with your settings. For example, cookies enable LinkedIn to identify you and verify your account. |
| | We use cookies and similar technologies to enable the functionality of our Services, such as helping you to fill out forms on our Services more easily and providing you with features, insights and customized content in conjunction with our plugins. We also use these technologies to remember information about your browser and your preferences. |
| | Preferences, features and services    For example, cookies can tell us which language you prefer and what your communications preferences are. We may also use local storage to speed up site functionality. |
| | **Source:** (https://www.linkedin.com/legal/cookie-policy) |



**Source:** ([https://business.linkedin.com/marketing-solutions/native-advertising/lead-gen-ads](https://business.linkedin.com/marketing-solutions/native-advertising/lead-gen-ads))

| | |
|---|---|
| [1e] if the identifier containing unique identifying information about the recipient is not present on the computing device:<br><br>causing a text field to be displayed in at least a portion of the advertisement;<br><br>receiving contact information inputted into the text field by the recipient;<br><br>generating a user profile associated with the recipient based on the contact information; and | LinkedIn Lead Gen Forms can provide ads that open lead forms that display text fields for target users to enter information. LinkedIn Lead Gen Forms can prompt the target users to enter additional information that had not been filled out on their LinkedIn profile. This information can be associated with the user through cookies, acting as user profile information, which can then be stored on the computing device of the recipient. LinkedIn can also use the identifying cookies to prevent the same ad from being displayed to the same user again. |

| | |
|---|---|
| causing an identifier associated with the user profile to be stored on the computing device of the recipient; | **Note:** LinkedIn will pre-populate form fields with a member's contact and professional demographic details based on the information they have shared on their LinkedIn profile. Gender will not be pre-filled from the member's profile information.<br><br>The following fields can be edited by the member:<br><br>   •   Work email address<br>   •   Work phone number<br>   •   Personal email address<br>   •   Personal phone number<br>   •   Gender<br>   •   Any fields that the member does not have filled out on their LinkedIn profile<br><br>**Source: (**https://www.linkedin.com/help/lms/answer/a425337**)**<br><br>Cookies and similar technologies help us show relevant advertising to you more effectively, both on and off our Services and to measure the performance of such ads. We use these technologies to learn whether content has been shown to you or whether someone who was presented with an ad later came back and took an action (e.g., downloaded a white paper or made a purchase) on another site. Similarly, our partners or service providers may use these technologies to determine whether we've shown an ad or a post and how it performed or provide us with information about how you interact with ads.<br><br>We may also work with our customers and partners to show you an ad on or off LinkedIn, such as after you've visited a customer's or partner's site or application. These technologies help us provide aggregated information to our customers and partners.<br><br>**Source: (**https://www.linkedin.com/legal/cookie-policy**)** |

| | |
|---|---|
| [1f] if the identifier containing unique identifying information about the recipient is present on the computing device:<br><br>retrieving a user profile associated with the recipient from a visitor information database using at least a portion of the identifier, wherein the user profile comprises at least delivery method preferences and demographic information; | LinkedIn Lead Gen Forms can pre-fill lead forms based on information in a target user's LinkedIn profile, including their contact and professional demographic details. The lead forms can also include fields for the user's name, company name, seniority, job title, and location. LinkedIn can use cookies to retrieve the information by identifying the user's profile. The cookies can provide information about the user's communications preferences, which would include delivery method preferences.<br><br>Preferences, features and services    We use cookies and similar technologies to enable the functionality of our Services, such as helping you to fill out forms on our Services more easily and providing you with features, insights and customized content in conjunction with our plugins. We also use these technologies to remember information about your browser and your preferences.<br><br>For example, cookies can tell us which language you prefer and what your communications preferences are. We may also use local storage to speed up site functionality.<br><br>**Source:** ([https://www.linkedin.com/legal/cookie-policy](https://www.linkedin.com/legal/cookie-policy))<br><br><br><br>Generate high-quality leads at scale<br><br>Lead Gen Forms come pre-filled with accurate LinkedIn profile data, letting members send you their professional info with just a couple of clicks. |



**Source:** (https://business.linkedin.com/marketing-solutions/native-advertising/lead-gen-ads)

**Note:** LinkedIn will pre-populate form fields with a member's contact and professional demographic details based on the information they have shared on their LinkedIn profile. Gender will not be pre-filled from the member's profile information.

**Source:** (https://www.linkedin.com/help/lms/answer/a425337)

| | **Available profile information form fields:** |
|---|---|
| | **Contact**          **Work**<br>First name            Job title<br>Last name            Function<br>Email address        Seniority<br>LinkedIn Profile URL  **Company**<br>Phone number       Company name<br>City                 Company size<br>State/Province      **Industry**<br>Country/Region     Education Degree<br>Postal/Zip code     Field of study<br>Work email        University / School<br>Work phone number  Start date<br>                     Graduation date<br>                 **Demographic**<br>                 Gender<br><br>**Source:** (https://business.linkedin.com/marketing-solutions/success/ads-guide/lead-gen-forms) |
| [1g] retrieving additional information associated with the advertisement based on at least a portion of the user profile associated with the recipient; | LinkedIn Lead Gen Forms can allow target users to open a lead form and pre-fill information if they are signed in to their LinkedIn account. The advertisement can use the provided user profile information to retrieve advertising information tailored to the target user, such as a meeting time that works for both parties or nearby physical business locations. |



**Source:** (https://business.linkedin.com/marketing-solutions/native-advertising/lead-gen-ads)

| [1h] delivering the additional information to the recipient based on the delivery method preferences, the delivering being performed without interrupting the browsing session of the recipient; and | LinkedIn Lead Gen Forms can allow target users to open a lead form and pre-fill information if they are signed in to their LinkedIn account. Upon submitting the lead form, users can receive information through their preferred delivery method or be given the option to visit a destination of the advertisers' choice.<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br><br><br>**Source:** (https://business.linkedin.com/marketing-solutions/native-advertising/lead-gen-ads) |
|---|---|
| [1i] recording the activation by the recipient of the interactive element as recipient tracking data in an analytics server, the recipient tracking data being associated with the unique identifying information about the recipient. | LinkedIn Lead Gen Forms can track clicks and conversions. The LinkedIn Campaign Manager and LinkedIn ads manager can allow advertisers to track ad engagement and conversions. |

**Optimize with ad, organic engagement and website visits**
View the ad engagement, organic engagement and the website visits column to understand how your marketing increases interest.

Ad engagement: Number of likes, comments, clicks, shares, and video views (counted if members viewed at least 25% of the video). Includes paid ads and ads virally shared.

**Source:** (https://business.linkedin.com/marketing-solutions/success/best-practices/track-and-measure-engagement)

# Measure conversions

Use conversion tracking in the LinkedIn ads manager to understand how your ads are driving business results, like generating leads, purchases, and event registrations.

**Source:** (https://business.linkedin.com/marketing-solutions/reporting-analytics)

## 2. Tell us what you want to track

Create a conversation action: a rule that tells LinkedIn what you want to count as a conversion, like when someone fills out a form on your website.

URL/Page Conversions (online-only)

Allow you to track conversions that happen when a member lands on a specific page on your website. The most common of these conversions is on a 'Thank You Page'.

Event Specific (online-only)

Allow you to track conversions that happen when a member clicks on a specific event on your website. The most common of these conversions would be to click submit on form on your website, where there is no 'Thank you Page'

**Source:** (https://business.linkedin.com/marketing-solutions/conversion-tracking)