| | |
|---|---|
| Christopher Kao (SBN 237716)<br>Brock S. Weber (SBN 261383)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA  94111<br>Tel.: 415.983.1000/ Fax: 415.983.1200<br>christopher.kao@pillsburylaw.com<br>brock.weber@pillsburylaw.com<br><br>*Attorneys for Defendant*<br>LINKEDIN CORPORATION | David Newman (SBN 246351)<br>THE INTERNET LAW GROUP<br>9100 Wilshire Boulevard, Suite 725E<br>Beverly Hills, CA  90212<br>Telephone: (310) 910-1496<br>Email:  david@tilg.us<br><br>Joseph J. Zito<br>WHITESTONE LAW<br>1850 Towers Crescent Plaza, #550<br>Tysons, VA  22182<br>Telephone: 202-466-3500<br>Email: jzito@whitestone.law<br><br>*Attorneys for Plaintiff*<br>ADNEXUS INCORPORATED, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADNEXUS INCORPORATED, LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>LINKEDIN CORPORATION,<br><br>          Defendant. | Case No. 5:23-cv-05102-PCP<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Date:  January 18, 2024<br>Proposed New CMC Date: February 22, 2024<br>Judge:  Honorable P. Casey Pitts<br>Courtroom:  8, 4th Floor |

Whereas, the Initial Case Management Conference in this action has been set for January 18, 2024 at 1:00 PM in San Jose, Courtroom 8, 4th Floor (Dkt. No. 37);

Whereas, counsel for Defendant LinkedIn Corporation met and conferred with counsel for Plaintiff Adnexus Incorporated, LLC and requested to continue the Initial Case Management Conference due to the unavailability of Defendant's counsel on January 18, 2024;

Whereas, Plaintiff does not oppose Defendant's request for continuance of the Initial Case Management Conference;

Whereas, counsel for Defendant represents that it does not seek continuance of the Initial Case Management Conference in bad faith or to delay the action;

Whereas, there are no other future deadlines, and this is the first request for an extension by either party;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel, this Honorable Court consenting, that the Initial Case Management Conference shall be continued to February 22, 2024 at 1:00 PM in San Jose, Courtroom 8, 4th Floor. A proposed order to this effect is submitted herewith.

Dated: January 2, 2024            PILLSBURY WINTHROP SHAW PITTMAN LLP

                                  _/s/ Brock S. Weber_
                                   Brock S. Weber

                                  Attorneys for Defendant LinkedIn Corporation


Dated: January 2, 2024            THE INTERNET LAW GROUP

                                  _/s/ David Newman_
                                   David Newman

                                  Attorneys for Plaintiff Adnexus Incorporated, LLC

**ATTESTATION**

In accordance with Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                                */s/ Brock S. Weber*
                                                Brock S. Weber

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 2, 2024, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

                                                */s/ Brock S. Weber*
                                                Brock S. Weber