UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADNEXUS INCORPORATED, LLC

Plaintiff(s)

v.

LINKEDIN CORPORATION

Defendant(s)

CASE No C 5:23-cv-05102

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
The parties have agreed to continue current resolution discussions through the claim construction process up and through August 2024. The parties will participate in Private ADR after the Claim Construction Hearing. The ADR selection will be finalized by April 8, 2024

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: October 15, 2024

Date: March 5, 2024        Joseph J. Zito
                           Attorney for Plaintiff

Date: March 5, 2024        Brock S. Weber
                           Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: March 6, 2024

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*